**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                                                 Case No: 8:13-cv-1378-T-30AEP

$379,797.57 IN FUNDS SEIZED FROM
PNC MERCHANT SERVICES
CORPORATION RESERVE ACCOUNT
NUMBER 277221992997,

    Defendant.

## ORDER

THIS CAUSE comes before the Court upon M. Gold and Diamond, Inc. d/b/a Gold Center's Unopposed Motion to Stay the Case (Dkt. #21).   Upon review and consideration, the motion is granted.

In this forfeiture case, Gold Center filed a Verified Statement of Interest asserting a claim to the defendant funds.  During discovery, Gold Center learned that its principal, Aneel Mohammed, is the subject of a related criminal investigation.   Under 18 U.S.C.A. § 981(2), a court "shall" stay a civil forfeiture proceeding with respect to a claimant if the claimant demonstrates that it has standing to assert a claim, is the subject of a related criminal investigation, and continuation of the forfeiture proceeding will burden the claimant's right against self-incrimination in the related investigation.  Gold Center has established these requirements.   Moreover, Plaintiff, the United States, has agreed to stay the case until it completes its criminal investigation of Gold Center's principal.

It is therefore ORDERED AND ADJUDGED that:

1. The Unopposed Motion to Stay the Case (Dkt. #21) is GRANTED.

2. This case is stayed.

3. The Clerk is directed to administratively close this case.

4. Upon completion of the criminal investigation, either party may move to reopen the case and lift the stay.

**DONE** and **ORDERED** in Tampa, Florida, this 22nd day of July, 2014.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

S:\Even\2013\13-cv-1378 stay 21.docx

2